# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH RAY,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; and CITIGOUP LONG TERM DISABILITY PLAN,<br><br>    Defendants. | CASE NO.: 2:10-CV-2942-WBS-DAD<br><br>**ORDER GRANTING ONE-MONTH CONTINUANCE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br>CURRENT CONFERENCE<br>DATE:  April 4, 2011<br>TIME:   2:00 p.m.<br>CTRM:  5<br><br>Complaint Filed: November 1, 2010 |

g:\docs\shu\dshu2\inbox\signed\10cv2942 ray - order upon stip to cont schedg conf.doc

# **ORDER**

After reviewing the Stipulation of Plaintiff Keith Ray ("Plaintiff") and Defendants Metropolitan Life Insurance Company and Citigroup Long Term Disability Plan ("Defendants"), IT IS HEREBY ORDERED that the Status (Pretrial Scheduling) Conference shall be continued to **May 2, 2011 at 2:00 p.m.** A Joint Status Report shall be filed no later than April 18, 2011.

**IT IS SO ORDERED**.

DATED:   March 23, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Submitted by:

BARGER & WOLEN LLP

/s/ *Robert K. Renner*
ROBERT K. RENNER
Attorneys for Defendants

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Blvd., Suite 800, Irvine, CA 92612; Facsimile No.: (949) 752-6313.

I hereby certify that on March 21, 2011, I served the foregoing documents described as: **[PROPOSED] ORDER GRANTING ONE-MONTH CONTINUANCE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE** on the interested parties as follows:

Jesse S. Kaplan                                    Attorneys for Plaintiff
5441 Fair Oaks Bl. Ste. C-1                        Keith Ray
Carmichael, CA 95608
Telephone: (916) 488-3030
Facsimile: (916) 489-9297

☒ **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☐ I placed the ☐ original ☐ a true copy thereof enclosed in sealed envelope(s) to the parties listed above and caused such envelope(s) to be delivered by ☐ **U.S. POSTAL SERVICE** ☐ **OVERNIGHT DELIVERY**.

☐ **BY E-MAIL:** I electronically transmitted a true and correct copy thereof to the interested parties' electronic notification address(es) of record before close of business for the purpose of effecting service and the transmission was reported as complete and without error.

☐ **PERSONAL DELIVERY:** I caused ☐ the original ☐ a true copy thereof to be delivered by hand to the interested parties by an employee or independent contractor of a registered process service.

I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed at Irvine, California on March 21, 2011.

NAME: Derek Sutter

_Derek Sutter_
(Signature)