# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH RAY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; and CITIGOUP LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | CASE NO.: 2:10-CV-2942-WBS-DAD<br><br>**[PROPOSED] ORDER GRANTING CONTINUANCE OF THE TRIAL DATE AND DEADLINES TO FILE RESPONDING TRIAL BRIEFS AND DEFENDANTS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**<br><br>Complaint Filed: November 1, 2010 |

(PROPOSED is struck through)

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

g:\docs\shu\dshu2\inbox\signed\10cv2942 ray-order upon stip to continue trial.doc

# ORDER

After reviewing the Stipulation of Plaintiff Keith Ray ("Plaintiff") and Defendants Metropolitan Life Insurance Company and Citigroup Long Term Disability Plan ("Defendants"), IT IS HEREBY ORDERED that the Trial date and associated case management dates shall be continued as follows:

| Event | Current Date | New Date |
|---|---|---|
| Responding Trial Briefs | November 1, 2011 | November 22, 2011 |
| Defendants' Proposed Findings | November 11, 2011 | December 2, 2011 |
| Trial | November 15, 2011 | December 13, 2011 at 9:00 am |

**IT IS SO ORDERED.**

DATED:   October 28, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Submitted by:

BARGER & WOLEN LLP

/s/ *Robert K. Renner*
ROBERT K. RENNER
JAMES A. HAZLEHURST
Attorneys for Defendants

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800