# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH RAY,<br><br>      Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; and CITIGROUP LONG TERM DISABILITY PLAN,<br><br>      Defendants. | CASE NO.: 2:10-CV-2942-WBS-DAD<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>[Lodged Concurrently With:<br>  - Stipulation for Dismissal]<br><br>Complaint Filed: November 1, 2010 |

g:\docs\shu\dshu2\inbox\signed\10cv2942 ray - order upon stip for dism.doc

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

# ORDER OF DISMISSAL

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice. IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear his/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: January 12, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Submitted By:

BARGER & WOLEN LLP


By: */s/ Robert K. Renner*
    ROBERT K. RENNER
    JAMES A. HAZLEHURST
    Attorneys for Defendants